UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

United States of America,

Crim. No. 09-47 (JMR/JJK)

Plaintiff,

v.

**ORDER**

1. Daniel Martin Barrera-Omana,

Defendant.

The above matter comes before the Court upon the Report and Recommendation of United States Magistrate Judge Jeffrey J. Keyes dated August 14, 2009. No objections have been filed to that Report and Recommendation in the time period permitted. Based upon the Report and Recommendation of the Magistrate Judge, upon all of the files, records, and proceedings herein, the Court now makes and enters the following Order.

**IT IS HEREBY ORDERED** that:

1. Defendant's Pretrial Motion for Suppression of Physical Evidence (Doc. No. 25), is **DENIED**; and

2. Defendant's Pretrial Motion for Suppression of Confessions or Statements in the Nature of Confessions (Doc. No. 26), is **DENIED**.

Date: September 2, 2009

s/James M. Rosenbaum
JAMES M. ROSENBAUM
United States District Judge